UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
MINUTES - SENTENCING

Case No. 21-10017-CR-KING-001          Date: July 26, 2022   Judge James Lawrence King
Defendant: **Marcelino Hernandez-Ramos**      Defense counsel: James Burton, Esq.
AUSA:   Jessica Ayer              U.S. Probation: Clara Lyons

**JUDGMENT AND SENTENCE**

|       | YEARS | MONTHS | DAYS | TIME SERVED |
|-------|-------|--------|------|-------------|
| Count VI |       | 36     |      |             |

( ) Defendant given credit for time served
( ) CONCURRENT
( ) CONSECUTIVE
(**X**) Assessment $ 100.00
( ) Fine: (**X**) none imposed   -0-
( ) The court orders restitution
(**X**) Count remaining dismissed   **I - V**
(**X**) Forfeiture Entered

**(X) SUPERVISED RELEASE**
**( ) PROBATION**

|       | YEARS |
|-------|-------|
| Count VI | 3 |

(**X**) If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
( ) Home confinement for a period of
( ) CONCURRENT ( ) CONSECUTIVE (**X**) Employment and Self Employment Restriction
( ) Substance Abuse Treatment  ( ) Financial Disclosure  ( ) Permissible Search ( ) Mental Health Treatment   ( ) IRS Cooperation ( ) Related Concerns Restrictions
 (**X**) Unpaid Fines and/or Restitution

**CUSTODY**
(**X**) The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal
( ) The defendant shall surrender for service of sentence on:
(**X**) The court recommends:   Designation at FCI Miami; or as close to South Florida as possible
( ) The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration.      ***RIGHT TO AN APPEAL GIVEN OPEN COURT***

Courtroom Deputy: Joyce M. Williams
Court Reporter: Vernita Allen-Williams